**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 18-24229-CIV-GRAHAM

VINCE VAZQUEZ,

     Plaintiff,

     vs.

PINECREST BAKERY, LLC,

     Defendant.

_____/



**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

    **THIS CAUSE** comes before the Court on the Plaintiff's Notice of Settlement. [D.E. 34]. Based thereon,

    **THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action.  It is further

    **ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of May, 2019.

                            s/ Donald L. Graham
                            DONALD L. GRAHAM
                            UNITED STATES DISTRICT JUDGE